IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| GARDENIA OCASIO,<br><br>               Plaintiff,<br><br>    v.<br><br>EQUIFAX MORTGAGE SOLUTIONS, et al.,<br><br>               Defendants. | Civil No. 14-1585 (NLH/JS) |

## SCHEDULING ORDER IN ARBITRATION CASE

     This Scheduling Order confirms the directives given to counsel at the initial scheduling conference on June 4, 2014; and the Court noting the following appearances: Gregory J. Gorski, Esquire, appearing on behalf of plaintiff; and Debra M. Albanese, Esquire, Robert Brown, Esquire, Dorothy A. Kowal, Esquire, and Bonnie M. Hoffman, Esquire, appearing on behalf of defendants.

     IT IS this **4th** day of **June, 2014**, hereby **ORDERED**:

     1.   This matter is subject to compulsory arbitration pursuant to L. CIV. R. 201.1.

     2.   The parties shall serve FED. R. CIV. P. 26(a) disclosures on or before **June 30, 2014.**

     3.   Initial written discovery requests shall be served by **June 30, 2014**. Any responses, answers and objections to initial written discovery requests shall be served in accordance with Court Rules.

     4.   By **June 30, 2014,** the parties shall forward a joint letter to the Court stating that they have conferred pursuant to L. CIV. R. 26.1(b)(2) and 26.1(d) concerning discovery of digital information and advise whether the parties have agreed on computer-based and other digital discovery matters. All disputes shall be identified in the joint letter. No issue will be addressed unless the letter is accompanied by an Affidavit that complies with L. CIV R. 37.1(b)(1). All outstanding discovery issues not raised shall be deemed waived.

5. By **July 15, 2014,** the parties shall serve the Court with an agreed upon Discovery Confidentiality Order that complies with L. CIV. R. 5.3 or a copy of the latest version of the Order with a list of the issues in dispute. All forms of Order must be accompanied by an affidavit or attorney certification that complies with Rule 5.3(b)(2).

6. By **July 28, 2014,** Corelogic shall respond to the complaint.

7. The time within which to seek amendments to the pleadings or to add new parties will expire on **August 4, 2014.** Except as otherwise permitted in the Federal and Local Rules of Civil Procedure, leave of court is necessary to file an amended pleading.

8. Pretrial factual discovery is hereby extended to **December 31, 2014**.

9. The parties have advised the Court that they do not presently intend to name trial experts.

10. **Dispositive Motions**. Dispositive motions shall be filed with the Clerk of the Court no later than **January 15, 2015,** in accordance with the applicable Federal and Local Rules of Civil Procedure. This Order is subject to the Individual Rules and Procedures (if any) of the presiding District Judge.

11. **Arbitration.** This case will be scheduled for arbitration pursuant to L. CIV. R. 201.1 The Clerk will advise counsel of the time and place of arbitration. By copy of this Order, the Clerk will be requested to schedule the arbitration for a date in **February 2015.**

12. **Joint Final Pretrial Order.** If counsel requests a trial de novo after arbitration, the date for the submission of the Joint Final Pretrial Order will be set in a future Scheduling Order.

13. At least three (3) days prior to the next scheduled conference, the parties shall send the Court a letter identifying all discovery disputes. No issue will be addressed unless the letter is accompanied by an Affidavit that complies with L. Civ. R. 37.1(b)(1). All outstanding discovery issues not raised shall be deemed waived.

14. The Court will conduct a telephone status conference on **December 15, 2014 at 10:00 a.m**. **Counsel for plaintiff shall initiate the telephone call.**

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge

2