IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| GARDENIA OCASIO,<br><br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX MORTGAGE SOLUTIONS, et al.,<br><br>    Defendants. | Civil No. 14-1585 (NLH/JS) |

### AMENDED SCHEDULING ORDER IN ARBITRATION CASE

   This Scheduling Order confirms the directives given to counsel during the telephone status conference on December 15, 2014; and the Court noting the following appearances: Gregory J. Gorski, Esquire, appearing on behalf of plaintiff; and Bonnie M. Hoffman, Esquire, and M. Hotos, Esquire, appearing on behalf of defendants.

   IT IS this **15th** day of **December, 2014,** hereby **ORDERED**:

   1.   Pretrial factual discovery is hereby extended to **January 30, 2015**.

   2.   The parties have advised the Court that they do not presently intend to name trial experts.

   3.   **Dispositive Motions**. Dispositive motions shall be filed with the Clerk of the Court no later than **February 2, 2015**, in accordance with the applicable Federal and Local Rules of Civil Procedure. This Order is subject to the Individual Rules and Procedures (if any) of the presiding District Judge.

   4.   **Arbitration.** This case will be scheduled for arbitration pursuant to L. Civ. R. 201.1  The Clerk will advise counsel of the time and place of arbitration. By copy of this Order, the Clerk will be requested to schedule the arbitration for a date in **March 2015**.

   5.   **Joint Final Pretrial Order.** If counsel requests a trial de novo after arbitration, the date for the submission of the Joint Final Pretrial Order will be set in a future Scheduling Order.

   **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER Fed. R. Civ. P. 16(f).**

                                        s/ Joel Schneider
                                        JOEL SCHNEIDER
                                        United States Magistrate Judge