IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| GARDENIA OCASIO, | ) | CASE NO. 1:14-CV-01585-NLH-JS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EQUIFAX MORTGAGE SOLUTIONS, et al., | ) | **CERTIFICATION OF RONALD I. RAETHER, JR. IN SUPPORT OF MOTION FOR ADMISSION OF RONALD I. RAETHER, JR., ESQUIRE, *PRO HAC VICE*** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

_____

I, Ronald I. Raether, Jr., hereby certify as follows:

1. I am an attorney with the law firm of law firm of Faruki Ireland & Cox P.L.L., located at 500 Courthouse Plaza, S.W., 10 North Ludlow Street, Dayton, Ohio 45402, attorneys for defendant CoreLogic Credco, LLC ("Credco") in the above-captioned matter.

2. I am personally familiar with the facts set forth in this Certification.

3. I am a member in good standing of the Bars of the State of Ohio (admitted 5/12/97) and the State of Minnesota (inactive). I have been admitted to practice in the U.S. Supreme Court (1/9/12), U.S. District Courts for the Southern District of Ohio (5/12/97), Northern District of Ohio (12/11/09), Middle District of North Carolina (2/8/12), and the Eastern District of Wisconsin (11/3/08), as well as the U.S. Courts of Appeals for the Second Circuit (9/11/12), Fourth Circuit (9/27/07), Fifth Circuit (11/24/08), Sixth Circuit (11/3/04), Seventh

Circuit (6/23/10), Eighth Circuit (3/7/11), Ninth Circuit (2/25/11), Tenth Circuit (8/25/04) and Eleventh Circuit (9/29/04).

    4.    The name and address of the official or office maintaining the roll of the members are as follows:

- A. The address of the office maintaining the roll of the Bar of the Supreme Court of Ohio is Attorney Services Division, Supreme Court of Ohio, 65 South Front Street, 5th Floor, Columbus, OH 43215-3431.

- B. The address of the office maintaining the roll of the Bar of the State of Minnesota is Attorney Registration, 180 E. 5th St., Ste. 950, St. Paul, MN 55101.

- C. The address of the office maintaining the roll of the Bar of the Supreme Court of the United States is the Clerk's Office, Supreme Court of the United States, 1 First Street, NE, Washington, D.C. 20543.

- D. The address of the office maintaining the roll of the Bar of the United States District Court for the Southern District of Ohio is Office of the Clerk, Potter Stewart U.S. Courthouse, 100 E. 5th St., Cincinnati, OH 45202.

- E. The address of the office maintaining the roll of the Bar of the United States District Court for the Northern District of Ohio is Office of the Clerk, Carl B. Stokes U.S. Courthouse, 801 West Superior Avenue, Cleveland, OH 44113.

- F. The address of the office maintaining the roll of the Bar of the United States District Court for the Middle District of North Carolina is Office of the Clerk, 324 W. Market Street, Greensboro, NC 27401.

- G. The address of the office maintaining the roll of the Bar of the United States District Court for the Eastern District of Wisconsin is Office of the Clerk, 362 U.S. Courthouse, 517 E. Wisconsin Avenue, Milwaukee, WI 53202.

- H. The address of the office maintaining the roll of the Bar of the United States Court of Appeals for the Second Circuit is Office of the Clerk, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

- I. The address of the office maintaining the roll of the Bar of the United States Court of Appeals for the Fourth Circuit is Office of the Clerk, Lewis F. Powell Jr. Courthouse, 1100 East Main Street, Richmond, VA 23219.

  J. The address of the office maintaining the roll of the Bar of the United States Court of Appeals for the Fifth Circuit is Office of the Clerk, 600 S. Maestri Place, New Orleans, LA 70130.

  K. The address of the office maintaining the roll of the Bar of the United States Court of Appeals for the Sixth Circuit is Office of the Clerk, 540 Potter Stewart U.S. Courthouse, 100 E. 5th St., Cincinnati, OH 45202.

  L. The address of the office maintaining the roll of the Bar of the United States Court of Appeals for the Seventh Circuit is Office of the Clerk, 219 South Dearborn Street, Chicago, IL 60604.

  M. The address of the office maintaining the roll of the Bar of the United States Court of Appeals for the Eighth Circuit is Office of the Clerk, Thomas F. Eagleton Courthouse, 111 South 10th Street, St. Louis, MO 63102.

  N. The address of the office maintaining the roll of the Bar of the United States Court of Appeals for the Ninth Circuit is Office of the Clerk, James R. Browning Courthouse, 95 7th Street, San Francisco, CA 94103.

  O. The address of the office maintaining the roll of the Bar of the United States Court of Appeals for the Tenth Circuit is Office of the Clerk, Byron White U.S. Courthouse, 1823 Stout Street, Denver, CO 80257.

  P. The address of the office maintaining the roll of the Bar of the United States Court of Appeals for the Eleventh Circuit is Office of the Clerk, 56 Forsyth Street , N.W., Atlanta, GA 30303.

5. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed against me in any jurisdiction.

6. I have represented clients in courts throughout the United States in complex matters and class actions, and have been admitted to practice *pro hac vice* in federal and state courts in other jurisdictions, including the U.S. District Court for the District of New Jersey.

7. I declare under penalty of perjury that the foregoing is true and correct. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated:  January 9, 2015 	Respectfully submitted,

	/s/ Ronald I. Raether, Jr.
	Ronald I. Raether, Jr.

## CERTIFICATE OF SERVICE

I certify that on the 9th day of January, 2015, I electronically filed the foregoing Motion For Admission of Ronald I. Raether, Jr., Esquire, Pro Hac Vice with annexed Certifications, proposed form of Order, and statement Pursuant to L. Civ.R. 7.1(d)(4) with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to the non-CM/ECF participants:

Gregory Gorski
FRANCIS & MAILMAN, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA  19110

Attorneys for Plaintiff

Dorothy Kowal
PRICE, MEESE, SHULMAN & D'ARMINIO, P.C.
50 Tice Boulevard
Woodcliff Lake, NJ  07677

Attorneys for Defendant
Experian Information Solutions, Inc.


Debra Albanese
TRAFLET & FABIAN
264 South Street
Morristown, NJ  07960

Attorneys for Defendants
Equifax Information Services LLC and Equifax Mortgage Solutions

/s/ Sharon F. McKee
Sharon F. McKee