IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| GARDENIA OCASIO, | : | CASE NO. 1:14-CV-01585-NLH-JS |
| Plaintiff, | : | |
| v. | : | |
| EQUIFAX MORTGAGE SOLUTIONS, et al., | : | **MOTION FOR DEFENDANT CORELOGIC CREDCO, LLC TO EXTEND DISPOSITIVE MOTION DEADLINE** |
| Defendants. | : | |
| | : | |

_____

Pursuant to L.Civ.R. 6.1(a), Defendant CoreLogic Credco, LLC, ("Credco") moves this Court for an order extending the deadline for the parties to file any dispositive motion up to and including February 9, 2015.  Counsel for Credco contacted Plaintiff's counsel regarding this request, and Plaintiff's counsel has advised that Plaintiff does not oppose this request.  The bases for this Motion are fully set forth below, and Credco therefore states, pursuant to L.Civ.R. 7.1(d)(4), that no brief in support of this Motion is necessary.

1. The Court held a status conference on December 15, 2014, at which the parties discussed agreed-upon extensions of time for the items set forth in the Court's Scheduling Order in Arbitration Case [Doc. No. 30], which included an original dispositive motion deadline of January 15, 2015.  The Court then issued the Amended Scheduling Order in Arbitration Case ("Amended Scheduling Order") [Doc. No. 38], which set a deadline of February 2, 2015 for parties to file any dispositive motion.

2. The parties completed the last deposition in this action on Friday, January 30, 2015.  Credco has not yet received the final transcript from this deposition.

3. Credco requests a one-week extension of time to file any dispositive motion, up to and including February 9, 2015, which will provide sufficient time to receive and review the last deposition transcript.

4. As previously mentioned, counsel for Credco contacted Plaintiff's counsel regarding this request, and Plaintiff's counsel has advised that Plaintiff does not oppose this request.

5. No other deadlines in the Amended Scheduling Order will be affected by Crecdo's request for a one-week extension, and Plaintiff (nor any other party) would be prejudiced by such an extension.

A proposed order is attached to this Motion.

Respectfully submitted,


*/s/ Bonnie M. Hoffman*
Sharon F. McKee
Bonnie M. Hoffman
HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER
20 Brace Road, Suite 201
Cherry Hill, NJ 08034-2634
Telephone: (856) 616-2100
Telecopier: (856) 616-2170
Email:  smckee@hangley.com
              bmh@hangley.com

Ronald I. Raether, Jr. (pro hac vice)
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402
Telephone: (937) 227-3700
Telecopier: (937) 227-2717
Email:  rraether@ficlaw.com

Attorneys for Defendant
CoreLogic Credco, LLC

## **CERTIFICATE OF SERVICE**

I certify that on the 2nd day of February, 2015, I electronically filed the foregoing Motion for Defendant CoreLogic, Credco LLC to Extend Dispositive Motion Deadline with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants.

*/s/ Bonnie M. Hoffman*
Bonnie M. Hoffman