IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| GARDENIA OCASIO, | : | CASE NO. 1:14-CV-01585-NLH-JS |
| Plaintiff, | : | |
| v. | : | |
| EQUIFAX MORTGAGE SOLUTIONS, et al., | : | **NOTICE OF MOTION OF DEFENDANT CORELOGIC CREDCO, LLC FOR SUMMARY JUDGMENT** |
| Defendants. | : | |
| | : | **ORAL ARGUMENT REQUESTED** |
| | : | |

_____

PLEASE TAKE NOTICE that on March 16, 2015, at 9:30 a.m., or as soon thereafter as counsel may be heard, CoreLogic Credco, LLC ("Credco") will move in the United States District Court for the District of New Jersey for summary judgment in its favor and against Plaintiff Gardenia Ocasio on her claim for purported violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq.

PLEASE TAKE FURTHER NOTICE that Credco requests oral argument on its Motion.

In support of the Motion, Credco will rely upon its memorandum of law and Statement of Undisputed Material Facts.  A proposed form of Order accompanies this Motion.

Respectfully submitted,

/s/ Sharon F. McKee
Sharon F. McKee
Bonnie M. Hoffman
HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER
20 Brace Road, Suite 201
Cherry Hill, NJ 08034-2634
Telephone: (856) 616-2100
Telecopier: (856) 616-2170
Email:  smckee@hangley.com
        bmh@hangley.com

Ronald I. Raether, Jr. (pro hac vice)
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402
Telephone: (937) 227-3700
Telecopier: (937) 227-2717
Email:  rraether@ficlaw.com

Attorneys for Defendant
CoreLogic Credco, LLC

## **CERTIFICATE OF SERVICE**

I certify that on the 9th day of February, 2015, I electronically filed the foregoing Notice of Motion of Defendant Corelogic Credco, LLC for Summary Judgment with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to the non-CM/ECF participants:

    Gregory Gorski
    FRANCIS & MAILMAN, P.C.
    Land Title Building, 19th Floor
    100 South Broad Street
    Philadelphia, PA  19110

    Attorneys for Plaintiff

    /s/ Sharon F. McKee
    Sharon F. McKee