# EXHIBIT B

THIS DOCUMENT IS FILED UNDER SEAL.
ACCESS IS PROHIBITED EXCEPT AS AUTHORIZED BY COURT ORDER.