IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| GARDENIA OCASIO, | : | CASE NO. 1:14-CV-01585-NLH-JS |
| Plaintiff, | : | |
| v. | : | |
| EQUIFAX MORTGAGE SOLUTIONS, et al., | : | **[PROPOSED] ORDER GRANTING MOTION OF DEFENDANT CORELOGIC CREDCO, LLC FOR SUMMARY JUDGMENT** |
| Defendants. | : | |
| | : | |

_____

This matter having come before the Court upon the Motion of Defendant Corelogic Credco, LLC for Summary Judgment ("Motion"),

IT IS this ___ day of _____, 2015, hereby **ORDERED** that the Motion is **GRANTED**; and

IT IS FURTHER **ORDERED** that judgment shall be entered in favor of Defendant Corelogic Credco, LLC and against Plaintiff Gardenia Ocasio on her claim for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq.

_____
NOEL L. HILLMAN
UNITED STATES DISTRICT JUDGE