IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| GARDENIA OCASIO, | : | CASE NO. 1:14-CV-01585-NLH-JS |
| Plaintiff, | : | |
| v. | : | **NOTICE OF MOTION FOR LEAVE TO FILE** |
| EQUIFAX MORTGAGE SOLUTIONS, | : | **SUPPLEMENTAL AUTHORITY IN FURTHER** |
| et al., | : | **SUPPORT OF MOTION OF DEFENDANT CORELOGIC** |
| Defendants. | : | **CREDCO, LLC FOR SUMMARY JUDGMENT** |
| | : | |
| | : | **MOTION DATE:  AUGUST 17, 2015** |
| | : | |

_____

**PLEASE TAKE NOTICE** that on a date to be set by the Court, Defendant CoreLogic Credco, LLC will move before the United States District Court for the District of New Jersey for leave to file supplemental authority in further support of its motion for summary judgment.

**PLEASE TAKE NOTICE** that the Motion will be based upon this Notice of Motion and the attached Motion.

HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER

/s/ Bonnie M. Hoffman
Sharon F. McKee
Bonnie M. Hoffman
20 Brace Road, Suite 201
Cherry Hill, NJ 08034-2634
Telephone: (856) 616-2100
Telecopier: (856) 616-2170
Email:  smckee@hangley.com
         bhoffman@hangley.com

Ronald I. Raether, Jr. (pro hac vice)
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402
Telephone: (937) 227-3700
Telecopier: (937) 227-2717
Email:  rraether@ficlaw.com

Attorneys for Defendant
CoreLogic Credco, LLC