IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| GARDENIA OCASIO, | : | CASE NO. 1:14-CV-01585-NLH-JS |
| Plaintiff, | : | |
| | | **[PROPOSED] ORDER** |
| v. | : | **GRANTING DEFENDANT** |
| | | **CORELOGIC CREDCO, LLC'S** |
| EQUIFAX MORTGAGE | : | **MOTION FOR LEAVE TO FILE** |
| SOLUTIONS, et al., | | **SUPPLEMENTAL AUTHORITY** |
| | : | **IN FURTHER SUPPORT OF** |
| Defendants. | | **MOTION OF DEFENDANT** |
| | : | **CORELOGIC CREDCO, LLC** |
| | | **FOR SUMMARY JUDGMENT** |

_____

This matter having been brought before this Court on the motion of Defendant CoreLogic Credco, LLC ("Credco"), for entry of an Order granting leave to permit the filing of supplemental authority in further support of its motion for summary judgment and the Court having considered all papers filed in support of, or in opposition to the motion,

IT IS on this _____ day of _____, 2015 hereby ORDERED that Credco's motion is granted, thereby permitting the Court to consider the supplemental authority submitted by Credco, in further support of its motion for summary judgment.

_____
HONORABLE NOEL L. HILLMAN