UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

GARDENIA OCASIO,

       Plaintiff,                    Civ. No. 14-1585 (NLH/JS)

       v.                                      **ORDER**

CORELOGIC CREDCO, LLC,

       Defendant.


     For the reasons expressed in the Opinion entered on this

date,

     IT IS on this __29th__ day of __September__, 2015,

     ORDERED that the motion [Doc. No. 47] of Defendant

CoreLogic Credco, LLC ("Credco"), for summary judgment be, and

hereby is, <u>DENIED</u>; and it is further

     ORDERED that Credco's motions to seal [Doc. Nos. 44, 52]

be, and hereby are, <u>GRANTED</u>.  The Clerk is Court is directed to

maintain under seal plaintiff's credit reports attached as

Exhibits 1 through 4 to the Declaration of Mercedes Vela

(attached as Exhibit A to Credco's Memorandum of Law in Support

of the Motion for Summary Judgment Doc. [No. 47-2]) and the

January 30, 2015 Deposition of Mercedes Vela (attached as

Exhibit C to Credco's Reply Memorandum [Doc. No. 54]); and it is

further

ORDERED that Credco's motion to provide supplemental
authority [Doc. No. 56] be, and hereby is, is <u>GRANTED</u>.

___s/ Noel L. Hillman_____
NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey