IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| GARDENIA OCASIO, | : | CASE NO. 1:14-CV-01585-NLH-JS |
| Plaintiff, | : | |
| v. | : | **JOINT MOTION TO CONTINUE THE NOVEMBER 24, 2015 ARBITRATION HEARING** |
| CORELOGIC CREDCO, LLC, | : | |
| Defendant. | : | |
| | : | |

_____

Plaintiff Gardenia Ocasio ("Plaintiff") and Defendant CoreLogic Credco, LLC ("Credco"), by counsel, pursuant to Local Civil Rule 201.1(f), respectfully request the Court to continue the arbitration hearing in the above-styled case to February 8, 2016.  In support of this request, the parties state the following:

1. An arbitration hearing is currently scheduled for November 24, 2015 at 10:00 a.m. (*See* ECF No. 60).

2. Due to prior work commitments of the parties and witnesses, Credco and Plaintiff are unavailable to attend the arbitration hearing on November 24, 2015 and have been unable to identify a mutually available date within 30 days of the scheduled hearing date.

3. The parties have conferred and are available on February 8, 2016, for the arbitration hearing.

4. Counsel also have conferred with Arbitrator Lawrence Urban, Esquire. Mr. Urban is available on February 8, 2016.

5. The bases for this Motion are fully set forth above, and the parties therefore state, pursuant to Local Civil Rule 7.1(d)(4), that no brief in support of this Motion is necessary.

6. Counsel for Plaintiff has authorized counsel for Credco to file this Motion under his electronic signature.

Accordingly, the parties respectfully request that the Court enter the attached proposed order continuing the arbitration hearing to February 8, 2016.

| | |
|---|---|
| FRANCIS & MAILMAN, P.C. | HANGLEY ARONCHICK SEGAL & PUDLIN, P.C. |
| /s/ Gregory Gorski | /s/ Sharon F. McKee |
| Gregory Gorski | Sharon F. McKee |
| | Bonnie M. Hoffman |
| Land Title Building, 19th Floor | 20 Brace Road, Suite 201 |
| 100 South Broad Street | Cherry Hill, NJ 08034-2634 |
| Philadelphia, PA  19110 | Telephone: (856) 616-2100 |
| Telephone: (215) 735-8600 | Telecopier: (856) 616-2170 |
| Telecopier: (215) 940-8000 | Email:  smckee@hangley.com |
| Email: ggorski@consumerlawfirm.com | bhoffman@hangley.com |
| *Attorneys for Plaintiff* | Ronald I. Raether, Jr. (*pro hac vice*) |
| | TROUTMAN SANDERS LLP |
| | 5 Park Plaza |
| | Suite 1400 |
| | Irvine, California 92614 |
| | Telephone: (949) 622-2722 |
| | Facsimile: (949) 622 -2739 |
| | ronald.raether@troutmansanders.com |
| | *Attorneys for Defendant* |
| | *CoreLogic Credco, LLC* |

## **CERTIFICATE OF SERVICE**

I certify that on this 9th day of November, 2015, I electronically filed the foregoing using the CM/ECF system, which will send notification of such filing to all CM/ECF participants, including:

    Mark D. Mailman, Esq.
    Gregory Gorski, Esq.

    FRANCIS & MAILMAN, P.C.
    Land Title Building, 19th Floor
    100 South Broad Street
    Philadelphia, PA  19110

    *Attorneys for Plaintiff*

    /s/ Sharon F. McKee
    Sharon F. McKee