IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| GARDENIA OCASIO, | : | CASE NO. 1:14-CV-01585-NLH-JS |
| Plaintiff, | : | |
| v. | : | **ORDER GRANTING JOINT MOTION TO CONTINUE THE NOVEMBER 24, 2015 ARBITRATION HEARING** |
| CORELOGIC CREDCO, LLC, | : | |
| Defendant. | : | |
| | : | |

AND NOW, this 16th day of November, 2015, upon consideration of the Parties' Joint Motion to Continue the November 24, 2015 Arbitration Hearing, it is hereby **ORDERED** that the Motion is **GRANTED**. The arbitration hearing is continued to February 8, 2016 at 10:00 a.m.

*Noel L. Hillman*
Noel L. Hillman
United States District Judge